# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| TROY ARCHULETA | CASE NO. 07-25533 |
| Debtors. | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**            **CHECK AMOUNT**
SCF Central Bankruptcy & Recovery Dept          $76.79
652 Bush River Rd. Ste. 206
Columbia, SC 29210

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$76.79** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 18th day of January 2010.

                                    _____/s/_____
                                    Steven R. Bailey, Trustee